

# MOTION DOCKET

**90–2508.** Newman v. Al Castrucci Ford, Inc. *Hamilton County*, No. C–890270. On motion to dismiss or, alternatively, request for extension of time. Motion to dismiss overruled and request for extension of time granted.

SWEENEY, DOUGLAS and WRIGHT, JJ., dissent.

**91–315.** Fairview General Hosp. v. Fletcher. *Franklin County*, No. 90AP–726. On motion for leave to file *amicus* of University Hospitals of Cleveland instanter. Motion granted.

MOYER, C.J., dissents because the motion is filed out of rule.

**91–563.** Venable v. Barry. *Montgomery County*, No. CA 12194. On motion to consolidate with 91–378, *Venable v. Barry*, Montgomery County, No. CA 12194, and to adopt briefs. Motion granted.

**91–636.** State v. Boggs. *Adams County*, No. 494. On motion to consolidate with 91–1287, *State v. Boggs*, Adams County, No. 494. Motion granted.

**91–657.** State v. Norwood. *Lucas County*, No. L–90–124. On motion for leave to file memorandum in support instanter. Motion granted.

**91–1211.** State v. Van Gundy. *Franklin County*, Nos. 90AP–473, 90AP–474, 90AP–475 and 90AP–477. On motion to consolidate with 91–1589, *State v. Van Gundy*, Franklin County, Nos. 90AP–473, 90AP–474, 90AP–475 and 90AP–477, and to dispense with briefing. Motion granted.

**91–1521.** State v. Bragg. *Portage County*, No. 90–P–2224. On motion for leave to supplement memorandum in support instanter. Motion granted.

MOYER, C.J., and DOUGLAS, J., dissent.

**91–1589.** State v. Van Gundy. *Franklin County*, Nos. 90AP–473, 90AP–474, 90AP–475 and 90AP–477. On motion of the Attorney General for leave to intervene as supplementary counsel. Motion granted.

**91–1608.** State v. McWhite. *Lucas County*, No. L–89–303. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, WRIGHT and RESNICK, JJ., dissent.
On motion to dismiss. Motion to dismiss overruled.

WRIGHT, J., dissents.

**91–1609.** Consumers' Counsel v. Pub. Util. Comm. Public Utilities Commission, Nos. 90–107–EL–EFC and 90–108–EL–EFC. On motions for leave to intervene of Toledo Edison Co. and Cleveland Electric Illuminating Co. Motions granted.

**91–1625.** State v. Brown. *Mahoning County*, No. 84 C.A. 145. On motion to produce/transmit record. Motion denied.

**91–1627.** State v. Thomas. *Montgomery County*, No. CA 11861. On motion to consolidate with 90–1898, *State v. Pierce*, Delaware County, No. 89–CA–30. Motion denied.

HOLMES, J., dissents.
H. BROWN, J., would stay decision on this motion pending receipt of briefs in both cases.

**91–1629.** State v. Kimbro. *Lorain County*, No. 90CA004845. On motion to produce/transmit record. Motion denied.